# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**No. 24-CR-10353-AK**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff | ) |
|  | ) |
| vs. | ) |
|  | ) |
| **ADIKA MANIGO, et al.** | ) |
| Defendant | ) |

## DEFENDANTS' JOINT MOTION TO CONTINUE THE HEARING DATE WITH ASSENT BY THE GOVERNMENT

Now come the Defendants jointly and request a continuance for the evidentiary hearing from April 10, 2026 until April 27, 2026, or another date that is convenient with the Court and the parties. The Government assents to the request.

As reason therefore, the Defendant states the following:

1. The Defendant is charged with conspiracy to distribute and possession with intent to distribute controlled substances in violation of 21 USC § 846, 21 USC § 841(a)(1), and aiding and abetting in violation of 18 USC §2 .

2. The hearing date for evidentiary motions was originally set by the parties and the Court at the Initial Pretrial Conference on December 12, 2026, and scheduled to begin on April 3, 2026.

3. The Court notified the parties on February 24, 2026 of the date change for the motion hearing from April 3, 2026 to April 10, 2026.

4. Counsel for Damien Hunt has a previously scheduled vacation and is unable for that

week. Counsel for Adika Manigo has a previously scheduled sentencing hearing for that same date and time and is likewise unavailable.

5. After conferring with all parties, it appears the parties are available for a hearing on April 27, 2026.

6. The Defendant and co-defendants agree to waive the time between the schedule hearing date and any future scheduled hearing date.

7. The Government assents to the continuance.

RESPECTFULLY SUBMITTED

The Defendant,
ADIKA MANIGO
By his attorney,

Dated: March 9, 2026        /s/ Victoria Kelleher

Victoria Kelleher (BBO#637908) Law Office of Victoria Kelleher
53 State Street Suite 500
Boston MA 02109
Tel: 617-208-0505
Email: victoriouscause@gmail.com

Certificate of Service

I, Victoria Kelleher, do hereby certify that I have served the Defendant's Status Report on all parties by ECF this day, March 9, 2026.

/s/ Victoria Kelleher
Victoria Kelleher